SAMUEL W. TRAYLOR, Respondent, *v.* CRUCIBLE STEEL COMPANY OF AMERICA, Appellant.

*Contract — action to recover commissions for procuring contracts for defendant — when plaintiff entitled to recover commissions upon the gross amounts of the contracts.*

*Traylor* v. *Crucible Steel Co. of America*, 192 App. Div. 445, affirmed.

(Argued December 9, 1921; decided January 10, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 22, 1920, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial upon the ground that the verdict in favor of plaintiff was inadequate. The action was to recover commissions alleged to have been earned by plaintiff on the gross amount of contracts procured by the plaintiff for the defendant from the British government for the manufacture of shells. The main defense was that the contract provided that the plaintiff's commission or compensation shall be paid " as and when payments are made to us," and that he was only entitled to commissions upon the amounts actually received by defendant from the British

government. The Appellate Division held that plaintiff was entitled to commissions upon the gross amounts of the contracts.

*Frederic R. Coudert, Howard Thayer Kingsbury* and *Thomas W. Kelly* for appellant.

*Holmes V. M. Dennis, Jr.,* and *Arthur B. King* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.